# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:11-cr-0057-LDG-RJJ |
| vs. | |
| BRYAN BINNS, etc., | O R D E R |
| Defendant, | |

This matter was referred to the undersigned Magistrate Judge on Houman Fakhimi and Mace Yampolsky's Motion to Be Relieved as Attorney of Record (#56).

The Court having reviewed the Motion (#56) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on Houman Fakhimi and Mace Yampolsky's Motion to Be Relieved as Attorney of Record (#56) is scheduled for April 14, 2011, at 9:30 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Defendant Bryan Binns must be present in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an arrest warrant being issued by the court.

IT IS FURTHER ORDERED that Defendant's counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order on the Defendant Bryan Binns. Proof of compliance with this service requirement

1 | must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the
2 | service requirement.
3 |       DATED this __5th__ day of April, 2011.

```
                                            _____
                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge
```