# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 15-10076 |
| ) | |
| Plaintiff-Appellee, ) | 2:11-cr-00057-LDG |
| vs. ) | |
| ) | |
| BRYAN BINNS, AKA Jose Silva-Ayala, ) | |
| ) | |
| Defendant-Appellant. ) | ORDER |
| _____) | |

Pursuant to the Court of Appeals order filed on March 11, 2015, granting the withdrawal of the Federal Public Defender's Office and directing the appointment of counsel for appellant, IT IS HEREBY ORDERED that Mario D. Valencia is appointed to represent Bryan Binns for this appeal. Mr. Valencia's address is 1055 Whitney Ranch Dr, Ste 220, Henderson, Nevada 89014 and phone number is 702-940-2222.

Former counsel, the Federal Public Defender, is directed to forward the file to Mr. Valencia  forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the Ninth Circuit Court of Appeals.

DATED this 26 day of March, 2015.

Nunc Pro Tunc date: March 16, 2015.

_____
UNITED STATES DISTRICT JUDGE