# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00057-LDG-CWH |
| Plaintiff, | |
| v. | |
| BRYAN BINNS, | **ORDER** |
| Defendant. | |

Presently before the Court is Defendant's motion to seal (ECF No. 261), filed on July 25, 2016. The government has not filed a response.

For most judicial records, a motion to seal is considered under a "compelling reasons" standard. *See Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1178 (9th Cir.2006) (holding that "[a] party seeking to seal a judicial record ... bears the burden of ... meeting the 'compelling reasons' standard"). This standard derives from the common law right "to inspect and copy public records and documents, including judicial records and documents." *Kamakana,* 447 F.3d at 1178 (citation and internal quotation marks omitted). To limit this common law right of access, a party seeking to seal judicial records must show that "compelling reasons supported by specific factual findings ... outweigh the general history of access and the public policies favoring disclosure." *Id.* at 1178–79 (internal quotation marks and citations omitted). *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677–78 (9th Cir. 2010). Here, Defendant represents that ECF Nos. 254 and 256 for this case contain sensitive information, and upon review, the Court agrees that there are compelling reasons to seal these documents that override the general presumption for public disclosure.

//

//

IT IS THEREFORE ORDERED that the Clerk of Court shall SEAL ECF Nos. 254 and 256 for this case.

DATED: July 28, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge