DICKINSON WRIGHT PLLC
Justin J. Bustos
Nevada Bar No. 10320
100 W. Liberty Street
Suite 940
Reno, Nevada
Tel: 775-343-7500
Fax: 775-786-0131
Email: jbustos@dickinsonwright.com

JEREMY GORDON
JEREMY GORDON, PLLC
1848 Lone Star Road, Suite 106 Mansfield, TX 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com

*Counsel for Defendant Bryan Binns*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:11-cr-57-LDG-CWH |
| Plaintiff, | |
| vs. | **MOTION TO SEAL** |
| BRYAN BINNS, | |
| Defendant | |

Bryan Binns ("Binns"), by and through the undersigned counsel, respectfully moves this Honorable Court for an Order sealing Docket Entries 265, 266, 267, 268, and this Motion in this matter. Binns makes this request due to the sensitive information contained in the aforementioned pleadings and out of a concern for his and others' safety.

Wherefore, Binns respectfully requests the Court enter an order directing the Clerk of Court to seal Docket Entries 265, 266, 267, 268, and this Motion.

Dated this 17th day of October, 2016.

                                            DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
Justin J. Bustos
Nevada Bar No. 10320
100 W. Liberty Street
Suite 940
Reno, Nevada
Tel: 775-343-7500
Fax: 775-786-0131
Email: jbustos@dickinsonwright.com

/s/ Jeremy Gordon
JEREMY GORDON
JEREMY GORDON, PLLC
1848 Lone Star Road, Suite 106
Mansfield, TX 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com

*Counsel for Defendant Bryan Binns*

ORDER.

IT IS SO ORDERED.
DATED this 18 day of October, 2016.

_____
Lloyd D. George
Sr. U.S. District Judge